■ THOMAS J. CANNELLA, an Infant, by His Father and Natural Guardian, SALVATORE CANNELLA, et al., Appellants, v HOLY FAMILY SCHOOL, by its Owner the HOLY FAMILY CHURCH, et al., Respondents. — Order unanimously affirmed, without costs. (see *Barasch v Micucci*, 49 NY2d 594). (Appeal from order of Supreme Court, Jefferson County, Inglehart, J. — dismiss complaint — failure to comply with order of preclusion.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.

■ In the Matter of CHRISTINE PERRY, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding unanimously dismissed, without costs, upon stipulation. (Article 78 proceeding transferred by order of Supreme Court, Wayne County, Fritsch, J.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.

■ LAWRENCE E. KEARNS, Appellant, v ERNIE MOYER, Respondent. — Order unanimously reversed, without costs, and motion denied. Memorandum: This appeal from an order dismissing the complaint seeking damages for assault on the ground that the action had not been commenced within the applicable one-year limitations period (CPLR 215, subd 3) was previously before our court. We held the appeal and remitted (*Kearns v Moyer*, 78 AD2d 979) for a determination of whether, as claimed, plaintiff's attorney mailed the summons to the Sheriff on September 15, 1977, thus commencing the action within one year of the accrual of the cause of action on September 15, 1976 (see General Construction Law, § 20; CPLR 203, subd [b], par 5; *Sanford v Garvey*, 81 AD2d 748; *Kearns v Moyer, supra*). At a short hearing on remittitur, plaintiff's attorney testified that he had mailed the summons on September 15, 1977. There was no proof to the contrary and Special Term found that the summons was mailed on that date. Accordingly, we reverse the order dismissing the complaint and reinstate the complaint. (Resubmission of appeal from order, Supreme Court, Jefferson County, Inglehart, J. — dismiss complaint.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Moule, JJ.